# United States District Court
## Violation Notice

**CVB Location Code:** KE21

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F0BH000U | Little | 2554 |

F0BH000U

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 01/05/2024 11:51
**Offense Charged:** FED 36 CFR 261.6H

**Place of Offense:** 269 TOM ROBERTS RD

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
REMOVING ANY TIMBER, TREE OR OTHER FOREST PRODUCT, EXCEPT AS AUTHORIZED BY A SPECIAL-USE AUTHORIZATION, TIMBER SALE CONTRACT, OR FEDERAL LAW OR REGULATION.

### DEFENDANT INFORMATION

**Phone:** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| COFFEY | PAUL | T |

**Street Address:** [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| WHITLEY CITY | KY | 42653 | [redacted] 1976 |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] | ☐ | KY | |

[X] Adult  [ ] Juvenile   Sex [X] M  [ ] F   Race ___ Hair ___ Eyes ___ Height ___ Weight ___

### VEHICLE

**VIN:** ___   **CMV** ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

**A** [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

**B** [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$ 30.00   Processing Fee
**PAY THIS AMOUNT**   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 310 South Main Street. London, Kentucky. 40741

**Date (mm/dd/yyyy):** ___
**Time (hh:mm):** 09:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ___

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F0BH000U

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on   01/05/2024   while exercising my duties as a law enforcement officer in the   Eastern   District of   KY

On December 31, 2023, at approximately 14:00 hours, while following up on a timber theft investigation along the Sheltowee Trace Hiking Trail in the Stearns Ranger District of the Daniel Boone National Forest, I heard a chainsaw running nearby. Upon my investigation, I observed a man, later identified as Paul COFFEY, cutting a large tree in an area that I believed to be USFS property. I returned to my vehicle and drove to COFFEY's property located at ▇▇▇▇▇▇▇▇▇▇▇▇▇ at approximately at 16:05 hours. Upon investigating the U.S. Forest Service (USFS) boundary, where I had observed COFFEY cutting, I located approximately 12 trees that had been cut and or removed on USFS property. This was determined by locating trees in the area with red USFS boundary paint. At approximately 16:22 hours, COFFEY walked down to my location along the boundary, and I explained that the cut trees were on USFS, and he disagreed. In good faith, I returned on January 5, 2024, as promised, with the Stearns Ranger District Survey Technician to look at the boundary with COFFEY present to satisfy any doubts COFFEY had regarding the boundary. The Survey Technician confirmed that the trees were cut illegally on USFS property. At approximately 11:51 hours, I issued COFFEY violation notices for 36 CFR 261.6(a), Cutting or otherwise damaging any timber, tree, or other forest product, except as authorized by a special use authorization, timber sale contract, or Federal law or regulation and 36 CFR 261.6(h), Removing any timber, tree or other forest product, except as authorized by a special-use authorization,
timber sale contract, or Federal law or regulation.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above
and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   01/05/2024   _[signature]_
              Date (mm/dd/yyyy)     Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:   _____
              Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;       PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;                       CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| | |
|---|---|
| CVB Location Code | KE21 |
| Violation Number | F0BH000T |
| Officer Name | Little |
| Officer No. | 2554 |

F0BH000T

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 01/05/2024 11:51
**Offense Charged:** FED 36 CFR 261.6A
**Place of Offense:** 269 TOM ROBERTS RD

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
CUTTING OR OTHERWISE DAMAGING ANY TIMBER, TREE, OR OTHER FOREST PRODUCT, EXCEPT AS AUTHORIZED BY A SPECIALUSE AUTHORIZATION, TIMBER SALE CONTRACT, OR FEDERAL LAW OR REGULATION.

### DEFENDANT INFORMATION
**Phone:** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| COFFEY | PAUL | T |

**Street Address:** [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| WHITLEY CITY | KY | 42653 | [redacted] 1976 |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] | ☐ | KY | |

[X] Adult   [ ] Juvenile   Sex [X] M [ ] F   Race   Hair   Eyes   Height   Weight

### VEHICLE
**VIN:**   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

**A** [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

**B** [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$ 30.00   Processing Fee
**PAY THIS AMOUNT**   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 310 South Main Street. London, Kentucky. 40741
**Date (mm/dd/yyyy):**
**Time (hh:mm):** 09:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

F0BH000T

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  01/05/2024  while exercising my duties as a law enforcement officer in the  Eastern  District of  KY

On December 31, 2023, at approximately 14:00 hours, while following up on a timber theft investigation along the Sheltowee Trace Hiking Trail in the Stearns Ranger District of the Daniel Boone National Forest, I heard a chainsaw running nearby. Upon my investigation, I observed a man, later identified as Paul COFFEY, cutting a large tree in an area that I believed to be USFS property. I returned to my vehicle and drove to COFFEY's property located at ▓▓▓▓▓▓▓▓▓▓ at approximately at 16:05 hours. Upon investigating the U.S. Forest Service (USFS) boundary, where I had observed COFFEY cutting, I located approximately 12 trees that had been cut and or removed on USFS property. This was determined by locating trees in the area with red USFS boundary paint. At approximately 16:22 hours, COFFEY walked down to my location along the boundary, and I explained that the cut trees were on USFS, and he disagreed. In good faith, I returned on January 5, 2024, as promised, with the Stearns Ranger District Survey Technician to look at the boundary with COFFEY present to satisfy any doubts COFFEY had regarding the boundary. The Survey Technician confirmed that the trees were cut illegally on USFS property. At approximately 11:51 hours, I issued COFFEY violation notices for 36 CFR 261.6(a), Cutting or otherwise damaging any timber, tree, or other forest product, except as authorized by a special use authorization, timber sale contract, or Federal law or regulation and 36 CFR 261.6(h), Removing any timber, tree or other forest product, except as authorized by a special-use authorization, timber sale contract, or Federal law or regulation.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  01/05/2024                    [signature]
              Date (mm/dd/yyyy)              Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____              _____
              Date (mm/dd/yyyy)              U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;                     CMV = Commercial vehicle involved in incident